ADAM PAUL LAXALT
Nevada Attorney General
HEATHER B. ZANA
Deputy Attorney General
Nevada Bar No. 8734
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants*
*Romero Aranas and Isidro Baca*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA D. BRODSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>C/O V. ATWOOD, et al.,<br><br>    Defendants. | Case No. 3:16-cv-00023-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, appearing in proper person, and Defendants, Dr. Romeo Aranas and Isidro Baca, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his or her own costs.

**SO STIPULATED:**

DATED this 21st day of September, 2016          DATED this 21st day of September, 2016

By: /s/ Joshua D. Brodsky
JOSHUA D. BRODSKY
Plaintiff

                                                                              ADAM PAUL LAXALT
                                                                              Attorney General

                                                                              By: /s/ Heather B. Zana
                                                                              HEATHER B. ZANA
                                                                              Deputy Attorney General
                                                                              Attorneys for ~~Defendant~~

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this __21st__ day of __September__, 2016.

_[signature]_
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717